# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SA CV 10-1535-DOC(RNBx)                                    Date   February 10, 2011

Title   MINH HOANG TRAN -V- WELLS FARGO HOME MORTGAGE, ET AL

Present: The Honorable   DAVID O. CARTER

| Kathy Peterson | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

NONE                                                                NONE

Proceedings:   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL RETURNABLE MARCH 7, 2011


Counsel are hereby ordered to show cause in writing no later than **March 7, 2011**, why this case should not be dismissed for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon filing of a response.

Counsel is advised that the Court will consider the filing of:

   X          Answer by defendants Urban Realtists and Cal Western Reconveyance Corporation

on or before the date upon which the response is due.


The Clerk shall serve this minute order on counsel for all parties in this action.


                                                                                          :   0

                                                      Initials of Preparer   kp