JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH HOANG TRAN,<br><br>    **Plaintiff(s),**<br>    v.<br><br>WELLS FARGO HOME MORTGAGE, ET AL.<br><br>    **Defendant(s).** | CASE NO. SACV 10-1535-DOC(RNBx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on February 10, 2011, which was returnable by March 7, 2011. To date there has been no response to the Order to Show Cause and/or no Answer filed.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: April 29, 2011

                                                              DAVID O. CARTER
                                                         United States District Judge